THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK C. LAY, Appellant.

Argued November 30, 1938; decided January 3, 1939.

*Bernard H. Fitzpatrick* and *William James Bell* for appellant.

*Charles P. Sullivan, District Attorney (John H. W. Krogmann* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.